IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-30814
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

                        versus

RODNEY JAMES LANDRY,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court for
the Western District of Louisiana
(97-CR-60013-01)
_____
May 11, 1998

Before POLITZ, Chief Judge, REAVLEY and JOLLY, Circuit Judges.

PER CURIAM:[*]

    Finding no error in the validity of the guilty plea or the

sentence imposed, we affirm the conviction and sentence.

    AFFIRMED.

---

    [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.